1  Parnell Fox (SBN 186519)
   LAW OFFICES OF PARNELL FOX
2  1221 Second Street, Suite 300
   Santa Monica, California 90401
3  Telephone: (310) 890-0435
   Facsimile: (310) 776-6918
4
   Attorney for Plaintiff
5  LORENA LOPEZ

**FILED**

JUN 27 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA LOPEZ, | Case No.: 1:13-CV-00844-AWI-BAM |
| Plaintiff, | **STIPULATION TO DISMISS DEFENDANT JOSEPH COPPOLA** |
| vs. | |
| DEVRY UNIVERSITY, INC., ET AL., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Lorena Lopez and Defendants DeVry University, Inc. and Joseph Coppola that:

Defendant Joseph Coppola shall be dismissed from this action without prejudice, each side to bear their own attorney fees and costs with respect to the dismissal.

DATED: June 25, 2013              Respectfully submitted,

                                  LAW OFFICES OF PARNELL FOX

                                  _____
                                  Parnell Fox
                                  Attorneys for Plaintiff LORENA LOPEZ

///

Stipulation to Dismiss Defendant Joseph Coppola
- Page 1 -

1  DATED: June 25, 2013                    SEYFARTH SHAW LLP

3                                           _____
                                            Mark P. Grajski
4                                           Attorneys for Defendants
                                            DEVRY UNIVERSITY, INC. and JOPSEPH
5                                           COPPOLA

6                                  It is so Ordered.  Dated: 6-26-13

                                   _____
                                   United States District Judge