SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
Email: mgrajski@seyfarth.com
Geoffrey C. Westbrook (SBN 281961)
Email: gwestbrook@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorney for Defendant
DEVRY UNIVERSITY, INC.

LAW OFFICES OF PARNELL FOX
Parnell Fox (SBN 186519)
Email: parnellkirby@yahoo.com
4908 Lakewood Court
Visalia, California 93291
Telephone:    (310) 890-0435
Facsimile:    (310) 776-6918

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA LOPEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>DEVRY UNIVERSITY, INC.; an Illinois corporation and DOES 1-100, inclusive,<br><br>       Defendants. | Case No. 1:13-CV-00844-AWI-MJS<br><br>**STIPULATION TO DISMISS PLAINTIFF'S DEFAMATION CLAIM**<br><br>Date Action Filed:  March 21, 2013 |

Pursuant to FRCP Rule 15(a), DeVry University, Inc. ("Defendant") and Lorena Lopez ("Plaintiff") (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, as follows:

WHEREAS, Plaintiff filed a Complaint for Damages on March 21, 2014, alleging a defamation claim based on purportedly false and negative comments by Defendant on Plaintiff's job performance evaluation, as well as statements made by Defendant about her in the workplace.

WHEREAS, the Parties have conferred on the merits of Plaintiff's defamation claim, and Plaintiff has agreed to dismiss without prejudice the claim in order to avoid the costs associated with opposing a Motion for Summary Judgment or, alternatively, a Motion for Summary Adjudication.

**THEREFORE**, all Parties hereby stipulate and agree, by and through their attorneys of record, that the Court may enter an Order dismissing Plaintiff's claim for Defamation (Libel and Slander), Seventh Cause of Action, without prejudice. Each party to pay their own costs and attorney's fees.

DATED: July 11, 2014

Respectfully submitted,

SEYFARTH SHAW LLP

By:   /s/ Geoffrey C. Westbrook
      Mark P. Grajski
      Geoffrey C. Westbrook
Attorneys for Defendant
DEVRY UNIVERSITY, INC.

DATED: July 11, 2014

LAW OFFICES OF PARNELL FOX

By:  /s/ Parnell Fox
     Parnell Fox
Attorneys for Plaintiff
LORENA LOPEZ

IT IS SO ORDERED.

Dated:   July 15, 2014            _____
                                  SENIOR DISTRICT JUDGE