| | |
|---|---|
| 1 | Parnell Fox (SBN 186519) |
| 2 | LAW OFFICES OF PARNELL FOX<br>4908 Lakewood Court |
| 3 | Visalia, California 93291<br>Telephone:   (310) 890-0435 |
| 4 | Facsimile:   (310) 776-6918<br>Email:         parnellkirby@yahoo.com |
| 5 | Attorney for Plaintiff |
| 6 | LORENA LOPEZ |
| 7 | SEYFARTH SHAW LLP |
| 8 | Mark P. Grajski (SBN 178050)<br>Email: mgrajski@seyfarth.com |
| 9 | Geoffrey C. Westbrook (SBN 281961)<br>Email:  gwestbrook@seyfarth.com |
| 10 | 400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428 |
| 11 | Telephone:   (916) 448-0159<br>Facsimile:   (916) 558-4839 |
| 12 | Attorneys for Defendants |
| 13 | DEVRY UNIVERSITY, INC. and JOSEPH COPPOLA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>DEVRY UNIVERSITY, INC., ET AL.,<br><br>    Defendants. | Case No.: 1:13-CV-00844-AWI-MJS<br><br>**STIPULATION AND ORDER** |

WHEREAS, counsel for Plaintiff Lorena Lopez is engaged in trial on September 15, 2014 in a case entitled *Tracy Allen v. OneUnited Bank,* Case No. BC 385406 before the Los Angeles County Superior Court which is estimated to last from 5-7 days.

///

1     WHEREAS, Defendant DeVry University, Inc. has scheduled a hearing on its
2 Motion for Judgment on the Pleadings for September 15, 2014 at 1:30 p.m. before this
3 Court.
4     WHEREAS, the deadline to hear dispositive motions is September 22, 2014
5 pursuant to the Scheduling Order filed November 15, 2013.
6     IT IS THEREFORE HEREBY STIPULATED AND AGREED BY THE
7 PARTIES TO THIS LITIGATION THROUGH THEIR UNDERSIGNED ATTORNEYS
8 OF RECORD THAT:
9     The hearing currently scheduled for September 15, 2014 at 1:30 p.m. in
10 Department 2 before the Honorable Anthony W. Ishii be rescheduled to **September 29,**
11 **2014 at 1:30 p.m.** or as soon thereafter as the matter can be heard by the Court.
12     **IT IS SO STIPULATED.**

14 Dated: August 20, 2014     Respectfully submitted,

15     LAW OFFICES OF PARNELL FOX

17     By:_____/S/_____
        Parnell Fox
18         Attorney for Plaintiff LORENA LOPEZ

19 Dated: August 20, 2014     SEYFARTH SHAW LLP

21     By:_____/S/_____
        Mark P. Grajski
22         Geoffrey c. Westbrook

24     Attorneys for Defendant DEVRY UNIVERSITY, INC.

25 IT IS SO ORDERED.

27 Dated: __August 20, 2014__     _____
        SENIOR DISTRICT JUDGE