# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENA LOPEZ,** | **CASE NO. 1:13-CV-0844 AWI MJS** |
| **Plaintiff** | **ORDER VACATING HEARING DATE OF SEPTEMBER 29, 2014 AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| **DEVRY UNIVERSITY, INC.,** | |
| **Defendant** | |

Defendants have made a motion for judgment on the pleadings. Doc. 36.  Plaintiff opposes the motion. Doc. 39.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 29, 2014, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 25, 2014                                  _____
  SENIOR  DISTRICT  JUDGE