# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENA LOPEZ,** | **CASE NO. 1:13-CV-00844-AWI-MJS** |
| Plaintiff | **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| **DEVRY UNIVERSITY, INC.,** | |
| Defendant | |

Defendant has made a motion for judgment on the pleadings. Doc. 36. Plaintiff opposes the motion. Doc. 39. In order to allow more time for the court to consider the motion, the pretrial conference of October 31, 2014 and trial date of January 6, 2015 are VACATED.

IT IS SO ORDERED.

Dated:   October 26, 2014                          _____
                                                            SENIOR DISTRICT JUDGE