UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENA LOPEZ,**<br><br>            **Plaintiff**<br><br>    **v.**<br><br>**DEVRY UNIVERSITY, INC.,**<br><br>            **Defendant** | **CASE NO. 1:13-CV-0844 AWI MJS**<br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>**(Doc. 36)** |

Plaintiff has filed a notice of settlement. Doc. 49.  Plaintiff requests forty days for the filing of papers disposing of the motion.  Plaintiff explains that she requests the additional time to allow for full execution of the settlement and processing of settlement payments.  This is a reasonable request which will be granted.

Defendant filed a motion for judgment on the pleadings. Doc. 36.  This settlement renders that motion moot.  All other dates in this case are vacated.

The parties must file dispositional papers on or by 4:00 PM, Friday, December 19, 2014.  Failure to do so will result in dismissal of the suit under Fed. Rule Civ. Proc 41(b).

IT IS SO ORDERED.

Dated:   November 6, 2014                          _____
                                                                              SENIOR  DISTRICT  JUDGE