Parnell Fox (SBN 186519)
LAW OFFICES OF PARNELL FOX
4908 Lakewood Court
Visalia, California 93291
Telephone: (310) 890-0435
Facsimile: (310) 776-6918
Email: parnellkirby@yahoo.com

Attorney for Plaintiff
LORENA LOPEZ

SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
Email: mgrajski@seyfarth.com
Geoffrey C. Westbrook (SBN 281961)
Email: gwestbrook@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
DEVRY UNIVERSITY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEVRY UNIVERSITY, INC.; an Illinois corporation; JOSEPH COPPOLA; an individual; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:13-CV-00844-AWI-MJS<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES TO THIS LITIGATION THROUGH THEIR UNDERSIGNED ATTORNEYS OF RECORD, that the deadline to file the Notice of Dismissal be extended from December 19, 2014 to January 9, 2015 on the ground that one of the three settlement checks contained a defect in printing and thus needs to be re-issued by Defendant DeVry University, Inc.

Defendant has already provided Plaintiff's counsel with two settlement checks and anticipates providing Plaintiff's counsel with the re-issued third settlement check no later than December 26, 2014.  Thus, both parties, through the counsel of record, believe that the Notice of Dismissal will be filed on or before January 9, 2015.

Dated: December 19, 2014            Respectfully submitted,

                                         LAW OFFICES OF PARNELL FOX

                                         By: /s/ Parnell Fox
                                              Parnell Fox
                                        Attorney for Plaintiff LORENA LOPEZ

Dated: December 19, 2014            Respectfully submitted,

                                         SEYFARTH SHAW LLP

                                         By: /s/ Geoffrey C. Westbrook  (as authorized on 12/19/14)
                                              Mark P. Grajski
                                              Geoffrey C. Westbrook
                                         Attorneys for Defendant DEVRY UNIVERSITY, INC.

**ORDER**

IT IS ORDERED that the time to file the Notice of Dismissal is hereby extended from December 19, 2014 to January 9, 2015.

IT IS SO ORDERED.

Dated:   December 22, 2014                                     _____
                                                               SENIOR  DISTRICT  JUDGE