UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENA LOPEZ,**<br><br>    **Plaintiff**<br><br>    **v.**<br><br>**DEVRY UNIVERSITY, INC.,**<br><br>    **Defendant** | **CASE NO. 1:13-CV-0844 AWI MJS**<br><br>**ORDER CLOSING CASE IN LIGHT OF STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties filed a joint stipulation of dismissal with prejudice on January 12, 2015. Doc. 53. Fed. Rule Civ. Proc. 41(a)(1)(A)(ii) allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared.  Once the stipulation between the parties who have appeared is properly filed, no order of the court is necessary to effectuate dismissal. Fed. Rule Civ. Proc. 41(a)(1)(A); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1473 n.4 (9th Cir. 1986).

The court recognizes the stipulation dismissing the case with prejudice, each party bearing its own costs, attorneys fees, and expenses.  The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated:   January 13, 2015                                  _____
                                                                                    SENIOR DISTRICT JUDGE